UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.: 2:13-cv-01073-WBS-KJN |
| Plaintiff, | **ORDER TO CONTINUE SCHEDULING CONFERENCE CURRENTLY SCHEDULED TO TAKE PLACE ON SEPTEMBER 16, 2013** |
| vs. | |
| SONIA CHAIDEZ and RUBEN CHAIDEZ, individually and d/b/a TRES HERMANAS; and TRES HERMANAS, INC., an unknown business entity d/b/a TRES HERMANAS, | |
| Defendants.  JURY TRIAL DEMANDED | |

The stipulation to continue the scheduling conference was filed with the Court on September 4, 2013.

After full consideration of the stipulation, the Court finds to its satisfaction that there is good cause to continue the scheduling conference.

/ / /

---
*[proposed] Order to Continue Scheduling Conference*

1

1  / / /

2  / / /

3  / / /

4      For this reason, and for good cause appearing therefore:

5  IT IS HEREBY ORDERED THAT the scheduling conference will take place on

6  **October 28, 2013 at 2:00 p.m.**  A Joint Status Report shall be filed no later October 15, 2013.

7  IT IS SO ORDERED.

8  Dated:  September 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

25  *[proposed] Order to Continue Scheduling Conference*