UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SONIA CHAIDEZ and RUBEN CHAIDEZ, individually and d/b/a TRES HERMANAS; and TRES HERMANAS, INC., an unknown business entity d/b/a TRES HERMANAS, <br><br> Defendants. <br> JURY TRIAL DEMANDED | Case No.: 2:13-cv-01073-WBS-KJN <br><br> [proposed] ORDER ALLOWING DEFENDANTS' COUNSEL TO APPEAR BY PHONE AT THE OCTOBER 21, 2013, HEARING REGARDING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS <br><br><br> Date: Monday, October 21, 2013 <br> Time: 2:00 p.m. <br> Judge:  Honorable William B. Shubb <br> Courtroom: 5, 14th Floor |

**GOOD CAUSE APPEARING**, it is hereby ordered that defendants' counsel Matthew A. Pare's request to appear by phone at the hearing regarding defendants' motion for judgment on the pleadings on October 21, 2013, is hereby granted.  Attorney Matthew A. Pare can be reached at 619-869-4999.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

---

*[proposed] Order Allowing Defendants' Counsel to Appear by Phone*

1  Dated: October 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  *[proposed] Order Allowing Defendants' Counsel to Appear by Phone*
27
28

2