Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. 2:13-cv-01073-WBS-KJN |
| Plaintiff, | ORDER |
| vs. | |
| **SONIA CHAIDEZ, et al.,** | |
| Defendants. | |

## ORDER

It is hereby ordered that Thomas P. Riley, Plaintiff's lead trial counsel in civil action number 2:13-cv-01073-WBS-KJN styled *J & J Sports Productions, Inc. v. Chaidez, et al.*, is hereby granted permission to appear telephonically at Plaintiff's Motion for Leave to File Surreply and Defendant's Motion for Default Judgment presently scheduled for Monday, October 21, 2013 at 2:00 P.M.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED**

**Dated:  October 18, 2013**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE