UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.   ,

        Plaintiff,

    v.

Sonia Chaidez, et al.,

        Defendant.

Case No.  2:13-cv-1073 WBS KJN

**JUDGMENT**

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed November 11, 2013.

Date: November 12, 2013

MARIANNE MATHERLY, CLERK

By: /s/  J. Donati
Deputy Clerk